ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Construcciones Jose Carro, S.E. | ) ASBCA No. 61931-ADR |
| | ) |
| Under Contract No. W912EP-10-C-0039 | ) |

APPEARANCES FOR THE APPELLANT:    G. Scott Walters, Esq.
                                  Erik M. Coon, Esq.
                                  Brian S. Wood, Esq.
                                  Jacob W. Scott, Esq.
                                    Smith, Currie & Hancock LLP
                                    Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
                                     Engineer Chief Trial Attorney
                                   Bruce E. Groover, Esq.
                                   Susan E. Symanski, Esq.
                                     Engineer Trial Attorneys
                                     U.S. Army Engineer District, Jacksonville

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  November 2, 2021

_____
LAURA EYESTER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61931-ADR, Appeal of Construcciones Jose Carro, S.E., rendered in conformance with the Board's Charter.

Dated:  November 2, 2021

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals